**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

CIVIL MINUTES - GENERAL

Case No.: <u>SA CV 05-314 AHS (ANx)</u>          Date: <u>September 16, 2008</u>

Title:    <u>Billy Joseph Johnson v. County of Orange, et al.</u>

================================================================

**PRESENT**:  HON. <u>ALICEMARIE H. STOTLER</u>, CHIEF U.S. DISTRICT JUDGE

     <u>Ellen Matheson</u>                               <u>Not Present</u>
     Deputy Clerk                                  Court Reporter

**ATTORNEYS PRESENT:**  None present

**PROCEEDINGS:**         (IN CHAMBERS) ORDER TO PLAINTIFF TO SHOW
                         CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED OR
                         ACTION DISMISSED; ORDER VACATING FINAL
                         PRETRIAL CONFERENCE

    The Final Pretrial Conference in this action is scheduled for <u>September 22, 2008, at 2:00 p.m</u>. Under this District's Local Rule 16, the parties are required to file a Memorandum of Contentions of Fact and Law, a Witness List, and a Joint Exhibit List twenty-one days prior to the Pretrial Conference, and to lodge a joint Proposed Pretrial Conference Order seven days prior to the Pretrial Conference. Plaintiff has failed to comply with Rule 16, other than filing a joint Proposed Pretrial Conference Order.

    In light of the foregoing, the Court ORDERS:

<u> X </u>   The Final Pretrial Conference scheduled for <u>September 22, 2008</u> VACATED.

<u> X </u>   Plaintiff to file or lodge the following documents no later than ten days from the date of this Order:

        <u> X </u> Memorandum of Contentions of Fact and Law
        <u> X </u> Witness List
        <u> X </u> Exhibit List; and

**MINUTES FORM 11**                            **INITIALS OF DEPUTY CLERK <u>enm</u>**
**CIVIL - GEN**    DAM          D - M
O:\ECF Ready\SA CV 05-314 Johnson-v-OC.OSC4Failure-pltf.FPTC docs.AHSRev1.wpd

SA CV 05-314 AHS (ANx)
Johnson v. County of Orange, et al.                                Page 2


 X    Plaintiff to show cause in writing, no later than ten days
      from the date of this Order, why sanctions pursuant to Local
      Rule 83-7, payable to the U.S. District Court Clerk, and/or
      opposing counsel should not be assessed and/or why this
      action should not be dismissed for lack of prosecution.
      Plaintiff is hereby advised that the Court may impose
      sanctions or enter dismissal or default as may be
      appropriate.

      The Clerk shall serve this minute order on all counsel for
all parties in this action.